UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

TENNESSEE ENVIRONMENTAL COUNCIL,
TENNESSEE SCENIC RIVERS
ASSOCIATION, SIERRA CLUB, and
CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiffs,

v.  No. 3:13-cv-0374

TENNESSEE VALLEY AUTHORITY,

Defendant.

### TENNESSEE VALLEY AUTHORITY'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

The Tennessee Valley Authority (TVA) respectfully moves the Court to enter Judgment on the Administrative Record for TVA. TVA filed the Administrative Record in support of its *Final Environmental Assessment: Installation of Emission Control Equipment and Associated Facilities at Gallatin Fossil Plant* with the Court on September 5, 2013. (Doc. 43.) That Administrative Record and the supporting brief filed concurrently with this motion demonstrate that TVA properly analyzed its proposal to install state of the art emission controls at its Gallatin Fossil plant under the National Environmental Policy Act, and that TVA's action was neither arbitrary nor capricious. Entry of judgment for TVA is therefore proper.

Respectfully submitted,

*s/Maria V. Gillen*
Edwin W. Small, Deputy General Counsel
Maria V. Gillen, Senior Attorney
Tricia L. Roelofs, Attorney
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.7741
ewsmall@tva.gov
mvgillen@tva.gov
tlroelofs@tva.gov

Attorneys for Tennessee Valley Authority

19670645

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

*s/Maria V. Gillen*
Attorney for Tennessee Valley Authority
