UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TENNESSEE ENVIRONMENTAL COUNCIL, TENNESSEE SCENIC RIVERS ASSOCIATION, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No.: 3:13-CV-374-TAV-HBG ) |
| TENNESSEE VALLEY AUTHORITY, | ) ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the memorandum opinion entered contemporaneously with this order, Plaintiffs' Motion for Summary Judgment on the Administrative Record and Request for Hearing [Doc. 50] is hereby **DENIED**, and Tennessee Valley Authority's Motion for Judgment on the Administrative Record [Doc. 46] is hereby **GRANTED**. Plaintiffs' claims are hereby **DISMISSED** and the Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT